MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSEPH P. AUDAL (NYBN 4786935)
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail: joseph.audal@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 02-40204 SBA |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | Date: March 17, 2011 |
|  ) | Time: 9:30 a.m. |
| NEKOLAS EVANS, ) | Courtroom: 4 |
| Defendant. ) | |

The above-captioned matter is set on March 17, 2011 before the Honorable Laurel Beeler for a status conference. The parties jointly request that this Court continue the matter to April 12, 2011, at 10 a.m. for a status conference with Honorable Saundra B. Armstrong. The parties request this continuance because all status hearings are now heard before their respective district judges and April 12, 2011 is the next available date for all parties.

//

//

//

U.S. v. EVANS, CR 02-40204 SBA
Stipulation and [Proposed] Order

1  //

3  For this reason, the parties agree that a brief continuance is warranted.

5  DATED:     March 16, 2011                              /S/
                                                 JOSEPH P. AUDAL
6                                                Special Assistant United States Attorney

8  DATED:     March 16, 2011                              /S/
                                                 MARK GOLDROSEN
9                                                Counsel for Nekolas Evans

11                                     **ORDER**

12      GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS

13  HEREBY ORDERED that the status date in this case, currently scheduled for March 17, 2011,

14  before Magistrate Judge Beeler is VACATED and RESET to April 12, 2011, at 10 a.m. for a

15  status conference before District Judge Saundra B. Armstrong.

16      SO ORDERED.

19  DATED: _3/17/11                              _____
                                                 SAUNDRA B. ARMSTRONG
20                                               United States District Judge