1  MARK GOLDROSEN, Bar No 101731
   Attorney at Law
2  255 Kansas Street, Suite 340
   San Francisco, CA  94103
3
   TEL: (415) 565-9600
4  FAX: (415) 565-9601

5  Attorney for Defendant
   NEKOLAS EVANS
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND VENUE

10
   UNITED STATES OF AMERICA,        )    NO. CR-02-40204 SBA
11                                  )
              Plaintiff,            )
12                                  )
   vs.                              )    **ORDER**
13                                  )
   NEKOLAS EVANS,                   )
14                                  )
              Defendant.            )
15                                  )
                                    )
16                                  )
                                    )
17 _____)

18     Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY

19 ORDERED that the date for status conference regarding the Probation Form 12 is continued to

20 July 12, 2011, at 10:00 a.m.

21 DATED: June 27, 2011                _____
                                       HON. SAUNDRA B. ARMSTRONG
22                                     United States District Judge